

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2018

No. 04-17-00563-CV

**FIRE CHIEF CHARLES HOOD**, In His Official Capacity Only,
Appellant

v.

Fernando **MUNOZ** and Edward Chacon,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16293
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellant has filed a motion for extension of time to file his reply brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his reply brief in this court **on or before July 30, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court